

# THE THIRTEENTH COURT OF APPEALS

## 13-25-00471-CV

### VIRA LUONG, TOM AND MALIDA BACCAM, AND TVBL LYRA, LLC
v.
### ANN M. ROYSTON AND THE ANGLETON FAMILY PARTNERSHIP

On Appeal from the
130th District Court of Matagorda County, Texas
Trial Court Cause No. 23-F-0554

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

November 6, 2025